# I THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ERIC DAVID HARRIS,

    Plaintiff,

v.                                            CASE NO.  4:11cv146-RH/GRJ

EDWIN G. BUSS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 9.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "This case is DISMISSED with prejudice."  The clerk must close the file.

SO ORDERED on October 31, 2011.

                                                Robert L. Hinkle
                                                United States District Judge